FILED
2009 Dec-10 PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VALERIE I. HEINE, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | CV-09-BE-0925-S |
| ] | |
| EXPERIAN INFORMATION ] | |
| SOLUTIONS, INC., ] | |
| ] | |
| Defendant. ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before **February 10, 2010** that final settlement documentation could not be completed.

DONE and ORDERED this 10th day of December 2009.



_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE